No. 475. PENFIELD COMPANY OF CALIFORNIA *v.* SECURITIES & EXCHANGE COMMISSION. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Morris Lavine* for petitioner. *Solicitor General Fahy* and *Messrs. Roger S. Foster, Milton V. Freeman,* and *Louis Loss* for respondent.

No. 478. KAHNER *v.* MINNESOTA. November 6, 1944. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Jacob S. Guthman* for petitioner. *Mr. J. A. A. Burnquist,* Attorney General of Minnesota, and *Ralph A. Stone,* Assistant Attorney General, for respondent.

No. 480. FUSTON ET AL. *v.* UNITED STATES. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Randell S. Cobb,* Attorney General of Oklahoma, and *Fred Hansen,* First Assistant Attorney General, for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Robt. E. Mulroney* and *Ralph S. Boyd* for the United States.

No. 481. SAFEWAY STORES, INC. ET AL. *v.* UNITED STATES. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. William H. Orrick, Henry N. Ess,* and *Louis R. Gates* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert L. Stern* for the United States.